UNITED STATES of America, Plaintiff–Appellee,

v.

Anastacio ORTUNO–GARCIA, a.k.a. Anastacio Ortuno, a.k.a. Anastasio Ortuno, Defendant–Appellant.

No. 12–10352.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 24, 2013.

Marni Guerrero, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Anastacio Ortuno–Garcia, Florence, AZ, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Anastacio Ortuno–Garcia appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ortuno–Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ortuno–Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ortuno–Garcia has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).